UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

                 **Plaintiff,**

v.

**CAROLYNE SUSAN JOHNSON,**

                 **Defendant.**

Civ. Action No. 1:18-cv-00364

## MOTION FOR ENTRY OF FINAL JUDGMENT UPON CONSENT

Plaintiff Securities and Exchange Commission ("SEC"), with the Consent of Defendant Carolyne Susan Johnson, hereby moves the Court for entry of final judgment as to Defendant Carolyne Susan Johnson. The SEC filed a Complaint against Defendant Johnson earlier today, asserting various violations of the federal securities laws. Defendant Johnson has consented to the entry of a proposed final judgment which resolves all of the claims asserted against her by the SEC. Defendant Johnson's Consent and the proposed Final Judgment are attached hereto as Exhibits A and B. We respectfully request entry of this consented-to Final Judgment.

Dated: Washington, DC
      May 24, 2018

Respectfully submitted,

*/s/ Suzanne J. Romajas*
Suzanne J. Romajas, Trial Attorney
Virginia M. Rosado Desilets
Sonia G. Torrico
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549-5971
Phone: 202-551-4473

Attorneys for Plaintiff